MABEL E. MCLEAN, Appellant, *v.* WILLIAM MCKINLEY, Respondent.

Submitted March 7, 1955; decided March 10, 1955.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 307 N. Y. 920.]

RAYMOND F. ROLL, JR., as Trustee in Bankruptcy of FAGO CONSTRUCTION CORPORATION, Respondent, *v.* ANTHONY FAGO et al., Doing Business as FAGO BROS. CONTRACTING Co., Appellants.

Submitted February 28, 1955; decided March 10, 1955.

*Hyman Karnofsky* and *Maurice Frey* for motion.

*Edward H. Wolkind* and *William R. Emblidge* opposed.

Motion for leave to appeal dismissed, with $10 costs and necessary printing disbursements, upon the ground that neither the order nor judgment finally determines the action within the meaning of the Constitution.